NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Z PRODUX, INC.,**
*Plaintiff-Appellant,*

**v.**

**MAKE-UP ART COSMETICS, INC.,**
*Defendant-Appellee.*

---

2014-1143

---

Appeal from the United States District Court for the Central District of California in No. 2:13-cv-00734-DDP-RZ, Judge Dean D. Pregerson.

---

## JUDGMENT

---

ROBERT D. KATZ, Katz PLLC, of Dallas, Texas, argued for plaintiff-appellant.

THOMAS C. MAHLUM, Robins, Kaplan, Miller & Ciresi, L.L.P., of Minneapolis, Minnesota, argued for defendant-appellee. With him on the brief were JAN M. CONLIN, LARINA A. ALTON, and DAVID MARTINEZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 13, 2014              /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                  Clerk of Court